IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RANDALL BURNETTE, ) | |
| AIS # 135390, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | CIV. ACT. NO.   2:14cv407-WHA |
| ) | (WO) |
| LEON FORNISS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

OPINION and ORDER

On December 8, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.   (Doc. # 8).   Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Petitioner's failure to comply with the orders of this court and to allow the Petitioner to exhaust any claims he may have in the state courts.

A separate order will issue.

Done this the 6th day of January, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE